## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

REITTER CORPORATION

66-0464389
    Debtor(s)

CASE NO. 01-08937 ESL

Chapter 11

### ORDER AND NOTICE TO DEBTOR IN POSSESSION

On 08/13/01 an order for relief under Chapter 11 of the Bankruptcy Code was entered in this case. Notice is hereby given that you must comply with the requirements specified herein. Failure to comply may constitute cause under 11 USC §1112(b) for the dismissal or conversion of the Chapter 11 petition to Chapter 7.

1. Debtor shall file the lists, schedules and statements required by Rule 1007 of the Federal Rules of Bankruptcy Procedure within the time limits specified in this rule.

2. Debtor shall appear and submit to examination under oath at the meeting of creditors held pursuant to 11 U.S.C. §341(a).

3. Debtor shall file a disclosure statement and a reorganization plan within **180 days** from the date of filing the Chapter 11 petition. A request to extend the period must be filed at least thirty (30) days prior to the expiration of this time period. The Court will only extend the period upon a timely application and for specific cause.

4. Debtor shall file a monthly report (original copy), with the Clerk of the Bankruptcy Court, and shall serve a copy to the U.S. Trustee. The monthly reports shall be in the form specified by the U.S. Trustee's office. Monthly reports are prepared on a calendar month basis and shall be filed by the twentieth (20th) day of the month following the month covered by the report.

5. Debtor shall pay the quarterly fees to the U.S. Trustee no later than one month following the end of each calendar quarter.

SO ORDERED.

San Juan, Puerto Rico, this 13 day of August, 2001.

BY ORDER OF THE COURT

CELESTINO MATTA-MENDEZ
Clerk of the Court

By: Alvin Centeno
Deputy Clerk

cc: Debtor, attorney of record and UST

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                        *        01-08937

Reitter Corporation d/b/a          *        Bankruptcy No.
Hospital San Gerardo               *

                                                 *

                                                 *

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER
## CHAPTER 11 AND AUTOMATIC STAY OF SUITS

You are hereby notified that the above mentioned debtor has filed a petition under Title 11, United States Code, Chapter 11 on _____ **AUG 1 3 2001** .

Pursuant to the provisions of 11 USC 362, the filing of the petition by the above named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgement against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor and any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this _____ day of _____ **AUG 1 3 2001**

200__ .

                                         CELESTINO MATTA MENDEZ
                                         Clerk of the Court
                                         CLERK OF THE COURT

                                         DEPUTY CLERK

(SEAL OF THE COURT)

(Official Form 1), (9/97)

8937(E)

| FORM B1 | United States Bankruptcy Court<br>District of ___Puerto Rico___ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Reitter Corporation d/b/a Hospital San | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Gerardo        N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A        01-08937 |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>66-0464389 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>Carr. 844, Km. 0.5<br>Cupey Bajo<br>Río Piedras, PR | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>N/A |
| County of Residence or of the<br>Principal Place of Business:        Río Piedras | County of Residence or of the<br>Principal Place of Business:        N/A |
| Mailing Address of Debtor (if different from street address):<br>MSC 250 #138<br>Winston Churchill Avenue<br>San Juan PR 00926-6023 | Mailing Address of Joint Debtor (if different from street address):<br><br>N/A |

| Location of Principal Assets of Business Debtor<br>(if different from street address above):        c/o Debtor |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| [ ] Individual(s)        [ ] Railroad<br>[x] Corporation        [ ] Stockbroker<br>[ ] Partnership        [ ] Commodity Broker<br>[ ] Other_____ | [ ] Chapter 7        [x] Chapter 11        [ ] Chapter 13<br>[ ] Chapter 9        [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>[ ] Consumer/Non-Business        [x] Business | **Filing Fee** (Check one box)<br>[x] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| **Estimated Assets** | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Estimated Debts** | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY<br>RECEIVED AND FILED<br>RELIEF ORDERED<br>01 AUG 10 PM 3:52<br>U.S. BANKRUPTCY COURT<br>FOR THE DISTRICT OF<br>PUERTO RICO<br>352530

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Reitter Corporation d/b/a Hospital San Gerardo | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Dr. César Pérez Machado
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 13, 2001
Date

---

X _____
Signature of Attorney

Wallace Vázquez Sanabria
Printed Name of Attorney for Debtor(s)

Law Office of Wallace Vázquez Sanabria
Firm Name

17 Méjico St., Ste. D-1
Address

San Juan PR 00917

(787)756-5730 /(787)764-0340(fax)
Telephone Number

August 13, 2001
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

---

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.



**HOSPITAL
San Gerardo**

### RESOLUCION CORPORATIVA

Yo, Dra. Alodia Lameiro , Secretaria de la Junta de Directores de la Corporación Reitter, certifico que, en reunión de Junta de Directores llevada a cabo el 7 de agosto de 2001 a las 7:00 P.M. en el Salón de Conferencias del primer piso del hospital y habiendo ésta sido debidamente citada y constituida, se aprobó por votación unánime el : Solicitar protección bajo el Capitulo XI de la Ley de Quiebra.

En adición, se acordó el contratar los servicios del Lcdo Wallace Vasquez Sanabria como nuestro representante legal en dicho proceso.

A esos efectos se designó al Dr. César Pérez Machado, Presidente de la Junta de Directores de la Corporación Reitter para coordinar dicha solicitud.

Hoy, 11 de agosto de 2001 en San Juan , Puerto Rico.

Dra. Alodia Lameiro
Secretaria
Junta de Directores
Reitter Corporation

Sello Corporativo

El Señorial Mail Station #250  Ave. Winston Churchill #138   San Juan, P.R.  00926
Tel.: (787) 761-8383  Fax: 748-2065

# United States Bankruptcy Court

_____ District of _Puerto Rico_____

In re _Hospital San Gerardo_____,

Reitter Corporation,

                              Debtor

Case No. _____ ___

Chapter _____11_____

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verifies(verify) that the attached list of creditors is true and correct to the best of my(our) knowledge.

Dated: _August 13, 2001_____

_____
Debtor

_____
Joint Debtor

# DEUDAS DE GOBIERNO

# HOSPITAL SAN GERARDO

## DEUDAS MUNICIPALES , ESTATALES Y FEDERALES
### 31 DE JULIO DE 2001

| AGENCIA | | Cantidad Total | Total Combinado |
|---|---|---|---|
| **DEUDA IMPUESTOS PATRONALES A 07/31/01** | | | |
| | | | |
| INTERNAL REVENUE SERVICE (FICA 941) | | | |
| # 66-0464389 PRINCIPAL | | $ 929,925.24 | |
| MAS: MULTAS & INTERESES | | $ 271,290.97 | |
| | DEUDA | $ 1,201,216.21 | |
| | | | |
| INTERNAL REVENUE SERVICES (FUTA 940) | | | |
| #66-0464389 PRINCIPAL | | $ 52,118.01 | |
| MAS: MULTAS & INTERESES | | $ 19,077.96 | |
| | DEUDA | $ 71,195.97 | |
| SECRETARIO DE HACIENDA | | | |
| DESEMPLEO ESTATAL | | | |
| #2682700001 PRINCIPAL | | $ 312,569.59 | |
| MAS; MULTAS & INTERESES | | $ 41,812.80 | |
| | DEUDA | $ 354,382.39 | |
| SECRETARIO DE HACIENDA | | | |
| INCAPACIDAD | | | |
| #2682700001 PRINCIPAL | | $ 10,301.55 | |
| MAS: MULTAS & INTERESES | | $ 339.18 | |
| | DEUDA | $ 10,640.73 | |
| SECRETARIO DE HACIENDA | | | |
| DESEMPLEO (PLAN DE PAGO) | | $ 84,568.85 | |
| SECRETARIO DE HACIENDA | | | |
| INDOME TAX RETENIDO | | $ 578,023.17 | |
| FONDO DEL SEGURO DEL ESTADO. | | | |
| #9012002388 | | $ 368,730.51 | |
| SECRETARIO DE HACIENDA | | | |
| INCOME TAX RETENIDO | | | |
| #66-0464389 7% | | $ 53,923.44 | |
| | | | |
| **TOTAL ADEUDADO IMPUESTO PATRONAL** | | **$ 2,722,681.27** | $ 2,722,681.27 |

| **DEUDA PATENTES MUNICIPALES** | | |
|---|---|---|
| MUNICIPIO DE SAN JUAN | $ 162,949.88 | $ 162,949.88 |
| | | $ 2,885,631.15 |

# DEUDAS GARANTIZADAS

# HOSPITAL SAN GERARDO
## DETALLE CUENTAS GARANTIZADAS
### 31 DE JULIO DE 2001

## DEUDAS GARANTIZADAS

---

**BANK TRUST**

NUMERO DE CUENTA: 6000006127
**BALANCE: $545,581.85**
MES PENDIENTE: MAYO 2001
**PAGO MENSUAL: $10,879.00**

---

**WESTERNBANK**

NUMERO DE CUENTA: 7350006783
**BALANCE: $240,965.11**
MES PENDIENTE: AGOSTO 2001
PAGO MENSUAL: **$2,750.00**

NUMERO DE CUENTA: 7350007182
**BALANCE: $3,905,643.32**
MES PENDIENTE: AGOSTO 2001
PAGO MENSUAL: **$36,087.64**

NUMERO DE CUENTA: 7350012360
**BALANCE: $75,000.00**
MES PENDIENTE: JULIO 2001
VENCE I DE SEPTIEMBRE DE 2001 **$75,000.00**

---

**POPULAR LEASING**

NUMERO DE CUENTA 02901736480000100
**BALANCE: $192,110.82**
MES PENDIENTE: JUNIO 2001
**PAGO MENSUAL: $4,463.00**

NUMERO DE CUENTA: 020004046900
BALANCE:
MES PENDIENTE: MAYO·2001
PAGO: **$651.00**

---

**FORD MOTOR CREDIT**

NUMERO DE CUENTA: TW A17069A5
**BALANCE: $18,691.26**
MES PENDIENTE: ABRIL 2001
PAGO: **$445.03**

---

**CHC CONSULTING SERVICES , INC.**

**BALANCE : $17,893.00**
ULTIMO PAGO PENDIENTE :17 DE JULIO DE 2001
PAGO : **$17,893.00**

---

**DR. PEDRO A. VICENTY**

**BALANCE PENDIENTE : $ 200,000.00**
PAGO MENSUAL : **$2,000.00**

# DEUDAS NO GARANTIZADAS

# HOSPITAL SAN GERARDO
## DETALLE CUENTAS NO GARANTIZADAS
### 31 DE JULIO DE 2001

## CUENTAS NO GARANTIZADAS

### BANCO POPULAR

CUENTA NUMERO: 014013525
        BALANCE A 06/30/01: **$250,000.00**

CUENTA NUMERO: 014030500
        BALANCE A 06/30/01: **$250,000.00**

### ROYAL FINANCE

CUENTA NUMERO: 870165
        BALANCE: **$45,246.70**
MES PENDIENTE: JULIO 2001
        PAGO MENSUAL: **$5,016.30**

# LISTADO DE SUPLIDORES

# Hospital San Gerardo
## Deuda a Suplidores
## 31 de Julio de 2001

| Suplidor | Cantidad |
|---|---|
| **A. A. A.-11229637-002-9**<br>PO Box 14580<br>San Juan , PR 00916-4580 | $ 16,034.20 |
| **Abbott laboratories**<br>CALL BOX 4706<br>CAROLINA, PR  00984-4706 | $ 143,496.51 |
| **Automatic Data Proccesing**<br>PO BOX 9001006<br>Louisville, KY 40290-1006 | $ 2,126.57 |
| **A.E.E.-010555501-001-1**<br>PO Box 363508<br>San Juan, PR 00936-3508 | $ 53,321.30 |
| **AGA General Gases**<br>PO Box 363868<br>San Juan, PR 00936-3868 | $ 47,282.82 |
| **Aladdin**<br>PO BOX 19411<br>San Juan, PR  00910 | $ 10,490.20 |
| **Alpha Biomedical Inc.**<br>Calle Nebraska S-11<br>Caguas Norte<br>Caguas, PR 00725 | $ 165.00 |
| **American Health Care**<br>PO BOX 9023668<br>San Juan, PR  00902-3668 | $ 19,735.18 |
| **Antillas electric**<br>1535 PONCE DE LEON AVE.<br>RIO PIEDRAS<br>San Juan, PR  00926 | $ 9,253.05 |
| **Asociacion de Hospitales**<br>Oficina # 101<br>Villa Nevarez Professional Center<br>Comercial Villa Nevarez<br>San Juan , Puerto Rico  00927 | $ 1,619.17 |

# Hospital San Gerardo
## Deuda a Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Asociacion Hospital El Maestro**<br>GPO Box 364708<br>San Juan, PR 00936 | **$ 45.45** |
| **Aspen Publishers**<br>PO Box 64054<br>Baltimore, MD 21264-4054 | **$ 239.00** |
| **Administrador de ASUME**<br>Apartado 71442<br>San Juan, PR 00936-8514 | **$ 112.50** |
| **Banco de sangre serv. mutuo**<br>AVE. PONCE DE LEON #706<br>PDA. 37, HATO REY<br>San Juan, PR 00918 | **$ 2,520.00** |
| **Baxter**<br>PO BOX 70280<br>San Juan, PR 00936-0280 | **$ 5,891.63** |
| **Bfi**<br>PO BOX 51986<br>Toa Baja, PR 00950-1986 | **$ 4,015.80** |
| **Bio-Med**<br>6855 S. W. 81st STREET<br>MIAMI, FLORIDA 336143 | **$ 825.46** |
| **Bio-nuclear**<br>PO BOX 190639<br>San Juan, PR 00919-0639 | **$ 7,933.76** |
| **Biotechnical Group**<br>PO BOX 7888<br>Caguas, PR 00726 | **$ 3,494.00** |
| **Borschow Hosp. Med. Supply**<br>PO BOX 366211<br>GENERAL POST OFFICE<br>San Juan, PR | **$ 161,875.22** |

# Hospital San Gerardo
## Deuda a Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Bristol Myers** | $ 1,078.95 |
| PO BOX 71343 | |
| San Juan, PR   00936-8443 | |
| | |
| **Colon Brothers** | $ 744.25 |
| Mercado Central Puerto Nuevo | |
| PO BOX 363013 | |
| San Juan, P.R.  00926 | |
| | |
| **Cadillac Uniform** | $ 16,658.10 |
| PO BOX 1893 | |
| Bayamon, PR   00960 | |
| | |
| **CAP Lopez Alejandro** | $ 8,300.00 |
| PO BOX 192032 | |
| San Juan, PR   00919-2032 | |
| | |
| **Cardiodent** | $ 75.00 |
| PO BOX 4953 | |
| SUITE 2048 | |
| Caguas, PR   00726 | |
| | |
| **Cardona Irizarri & Co., PSC** | $ 22,824.00 |
| Cupey Road #176 | |
| PO Box 25070 | |
| San Juan, PR   00928-5070 | |
| | |
| **Caribbean Biomedical** | $ 225.00 |
| PO BOX 4952 | |
| Caguas,    PR      00725-4952 | |
| | |
| **Caribean Prooject Mana** | $ 18,550.00 |
| PO BOX 9024051 | |
| San Juan,    PR      00902-4051 | |
| | |
| **Carlos Suarez** | $ 4,200.00 |
| MSC 396-5B | |
| AVE. ESMERALDA P. DE LEON | |
| Guaynabo, PR   00969 | |
| | |
| **Carolina Nuclear Inc** | $ 286.03 |
| PO BOX 11665 | |
| San Juan, PR   00910-2665 | |

| | |
|---|---|
| **Cellular One**<br>PO BOX 15067<br>San Juan, PR   00902-8567 | $ 621.71 |
| **Celpage**<br>PO BOX 70190<br>San Juan, PR   00936-8190 | $ 1,667.57 |
| **Celsius**<br>PO BOX 6616<br>Caguas, PR  00726 | $ 3,643.82 |
| **Celulares Telefonica**<br>PO BOX 70366<br>San Juan, P.R .  00936-8366 | $ 660.00 |
| **Centro Cardiovascular**<br>PO BOX 366528<br>San Juan, PR   00936-6528 | $ 9,866.90 |
| **Centro Tomografico de PR**<br>PO BOX 364443<br>San Juan, PR  009364443 | $ 478.12 |
| **Cesar Castillo**<br>Buonomo # 361<br>PO Box 191149<br>San Juan ,Puerto Rico 00919 – 1149 | $ 523.55 |
| **Caribe Hidroblasting Corp.**<br>P.O.Box 790<br>Peñuelas ,Puerto Rico  00624-790 | $ 5,590.00 |
| **Carolina Imaging Center**<br>PO BOX 191058<br>San Juan, P.R.  00919-1058 | $ 1,800.00 |
| **Dra. Cielomar Perez**<br>Caribe # 125 Esq. Panama<br>Rio Piedras , Puerto Rico 00926 | $ 2,200.00 |

# Hospital San Gerardo
## Deuda a  Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Colegio de Adm. de S.S. de**<br>Oficina # 106<br>Villa Nevarez Professional Center<br>Comercial Villa Nevarez<br>San Juan , Puerto Rico  00927 | $ 100.00 |
| **Colegio Tecnologos Medicos**<br>AVE. SAN PATRICIO F-1<br>GUAYNABO, PR  00968 | $ 15.00 |
| **Colon Exterminating**<br>No tenemos Direccion | $ 607.45 |
| **Confianza Exterminating**<br>PO BOX 270266<br>San Juan, PR    00927-2650 | $ 1,050.00 |
| **New Congress**<br>HC-02 BOX 10108<br>BO. RIO, SECT. PEDRO RAMOS<br>Guaynabo, PR   00971 | $ 3,558.75 |
| **Consolidated Plastic Company,**<br>8181 Darrow Road<br>Twinsburg, OH    44087-2375 | $ 134.15 |
| **Cosvi**<br>Expreso Las Americas Esq. Ave.<br>Americo Miranda #400 Villa<br>San Juan, PR  00926 | $ 3,570.00 |
| **CT Radiology**<br>Carr. # 2 Km. 11.7<br>Bayamon ,Puerto Rico 00956 | $ 400.32 |
| **Cyber Tech Inc.**<br>P.O.Box 193745<br>San Juan ,Puerto Rico 00919-3745 | $ 15,000.00 |
| **D & D OFFICE SUPPLIES**<br>Calle I B-14 Urb. Fair View<br>Rio Piedras Puerto Rico, 00920 | $ 2,211.35 |

# Hospital San Gerardo
## Deuda a  Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Departamento de Salud**<br>Prog. Servicios de Laboratorio<br>PO Box 70184<br>San Juan, PR   00936-7184 | $ 150.00 |
| **Diaper Discount Center**<br>No aparece Direccion | $ 1,952.00 |
| **Discount Generics**<br>P.O. Box 366937<br>San Juan, PR    00936-6937 | $ 38.72 |
| **El Nuevo Dia**<br>PO Box 7512<br>San Juan, PR 00906-7512 | $ 1,011.92 |
| **Electronic Typewriter Service**<br>No aparece Direccion | $ 415.00 |
| **Emergency Call Ambulance**<br>P.O.Box 11042<br>San Juan ,Puerto Rico  00910 | $ 3,380.00 |
| **Empacadora Hill Brothers**<br>Carr. 876 Km. 3.3<br>Saint Just<br>San Juan, PR    00929-0303 | $ 1,362.20 |
| **ER Medical Distributor**<br>1547 Ave. Ponce De Leon<br>Rio Piedras , Puerto Rico 00926 | $ 887.50 |
| **Etcon Inc.**<br>No aparece Direccion | $ 3,000.00 |
| **F. Soto Distributor**<br>PO Box 160<br>Garrochales , Puerto Rico 00652 | $ 1,026.67 |

# Hospital San Gerardo
## Deuda a  Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **F. BARAGAÑO**<br>PO Box 364421<br>San Juan, PR 00936-4421 | $ 162.94 |
| **Francisco Gomez Goytia**<br>371 Ave De Diego<br>Rio Piedras , Puerto Rico  00927 | $ 5,000.00 |
| **Gastroenterologia RCM**<br>po Box 29134<br>San Juan, PR   00929-134 | $ 600.00 |
| **Gentech Biomedical Inc.**<br>PO Box 192438<br>San Juan, PR 00919-2438 | $ 350.00 |
| **Gerber**<br>PO Box 1769<br>Carolina, pr   00984-1769 | $ 1,110.16 |
| **Gino Negretti**<br>Caribbean Towers  Suite # 17<br>Miramar , Puerto Rico  00907 | $ 9,937.00 |
| **Giovanni Flores**<br>No tenemos Direccion | $ 255.00 |
| **Global Enginering Doc**<br>No tenemos Direccion | $ 103.79 |
| **Grupo Medico Familiar**<br>No tenemos Direccion | $ 121.16 |
| **Gusto Criollo**<br>PO Box 930-0279<br>San Juan, PR  00930 | $ 724.30 |
| **HCIA**<br>No tenemos Direccion | $ 302.95 |
| **Hospital Del Maestro**<br>G.P.O. Box 364708<br>San Juan , Puerto Rico 00936 | $ 9,411.00 |

# Hospital San Gerardo
## Deuda a Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Hospital Equipment**<br>PO Box 12025<br>San Juan, PR   00914 | $ 445.00 |
| **Hato Rey Meat Market**<br>Guayama #153<br>San Juan, PR  00917 | $ 29,104.97 |
| **Centro Imagenes del Norte**<br>Ave Roberto Clemente  # C-5<br>Carolina ,Puerto Rico 00987 | $ 4,300.00 |
| **Imprenta De Diego**<br>No tenemos Direccion | $ 115.00 |
| **Impresos Napoleon**<br>Ave. Ramon B. Lopez #418<br>Rio Piedras, PR   00923 | $ 4,346.50 |
| **Instituto Radio Sono Nuclear**<br>PO Box 9024113<br>San Juan ,Puerto Rico 00902-4113 | $ 270.00 |
| **Integration Technologies Corp.**<br>PO BOX 363988<br>San Juan, PR   00936-3988 | $ 600.00 |
| **International Cash Register**<br>Calle Guayama #11<br>Hato Rey , Puerto Rico 00917 | $ 340.00 |
| **Island Wide Pest**<br>No tenemos direccion | $ 1,250.00 |
| **Island Copier**<br>Ave . Nogal # 4x-9 Lomas Verdes<br>Bayamon , Puerto Rico 00956 | $ 440.00 |
| **Johnson & Johnson**<br>CALL BOX 4987<br>Caguas, PR   00726-4987 | $ 33,902.60 |

# Hospital San Gerardo
## Deuda a  Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Jasvi**<br>Ave. San Patricio #790<br>San Juan, PR    00921 | $ 3,379.00 |
| **JM Blanco**<br>CALLE D NO. 21<br>AMELIA INDUSTRIAL PARK<br>San Juan, PR   00926-9613 | $ 2,279.09 |
| **Kemco Food Distributors**<br>PO Box 8997<br>Carolina, PR  00988 | $ 7,383.52 |
| **Kem Tech Chemical**<br>PO Box 8450<br>Fedz. Juncos Sta.<br>San Juan , Puerto Rico  00910 | $ 53.04 |
| **Krames-Novis**<br>PO BOX 191775<br>San Juan, PR    00919-1775 | $ 176.40 |
| **Laboratorio Medical Services**<br>No tenemos Direccion | $ 4,675.00 |
| **Laboratorio Vascular Clinico**<br>Carr. 21  U-3 50<br>Las Lomas<br>Rio Piedras, PR  00921 | $ 2,335.31 |
| **Laboratorio Clinico Caparra**<br>PO Box 11560<br>Caparra Heights Sta.<br>San Juan, PR  00922 | $ 14,531.44 |
| **Lasa Monroig & Veve**<br>Buchanan Office Center<br>40 Rd. 165  Suite 304<br>Guaynabo, PR  00968-8001 | $ 73,000.00 |
| **Latin Insurance Underwriters**<br>PO Box 6960<br>Bayamon, PR  00960-9009 | $ 2,423.00 |

# Hospital San Gerardo
## Deuda a  Suplidores
## 31 de Julio de 2001

**LM Air Conditioning**          $ 4,619.24
MSC 275
2135 ROAD 2, SUITE 15
Bayamon, PR   00959-5259

**Los Primos**          $ 6,519.98
PLAZA NUEVA DEL MERCADO
NAVE #8
CAGUAS, PR   00625

**Luis Rodriguez**          $ 5,050.92
PO BOX 19416
FERNANDEZ JUNCOS STATION
San Juan, PR   00910-9416

**Mallingckrodt Medical Ca..**          $ 2,710.50
GPO BOX 71416
San Juan, PR   00936

**Marcelino Fernandez**          $ 1,556.26
PO BOX 9023927
San Juan, PR   00902-3927

**Medical Biotronic**          $ 199.90
PO BOX 2952
Bayamon, PR   00960-2952

**Medical Distribution**          $ 801.90
No tenemos Direccion

**Medical Ambulances Services**          $ 4,805.00
Ave de Diego #591
Sabana LLana
Rio Piedras, PR  00928

**Medics**          $ 9,320.70
#3 AVE. RUIZ SOLER
URB. JARDINES DE CAPARRA
Bayamon, PR   00959-7841

**Med Line**          $ 514.00
PO Box 92301
Chicago, IL  60675-2301

# Hospital San Gerardo
## Deuda a Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Medxport** | **$ 520.00** |
| No tenemos Direccion | |
| | |
| **Mei-Data** | **$ 2,762.63** |
| PMB 248.1353 | |
| Carr. # 19 | |
| Guaynabo , Puerto Rico 00966-2700 | |
| | |
| **Millenium Cybernetic Tech** | **$ 2,142.50** |
| PO Box 25070 | |
| San Juan, PR  00926-5070 | |
| | |
| **Ferreteria Miramar** | **$ 3,265.00** |
| No tenemos direccion | |
| | |
| **Moore** | **$ 2,122.52** |
| ROAD 869 KM 1.5 | |
| ROYAL INDUSTRIAL PARK | |
| Catano, PR   00962 | |
| | |
| **Mors** | **$ 911.70** |
| 762 AVE. ANDALUCIA | |
| PUERTO NUEVO | |
| San Juan, PR   00920 | |
| | |
| **Mova Pharmaceutical Corporatio** | **$ 2,101.70** |
| CSU Box 4908 | |
| Caguas , Puerto Rico 00720 | |
| | |
| **MPR Technology** | **$ 7,550.00** |
| PMB 213 | |
| PO Box 70344 | |
| San Juan , Puerto Rico 00936 | |
| | |
| **MRI San Juan** | **$ 3,106.24** |
| 1448 AVE. FERNANDEZ JUNCOS | |
| San Juan, PR   00909 | |

| | |
|---|---|
| **Nabisco**<br>GPO BOX 71479<br>San Juan, PR  00936 | $ 304.64 |
| **NAG Safety**<br>1053 Calle Gonzalez Urb. Santa Rita<br>Rio Piedras , Puerto Rico 00927 | $ 2,273.50 |
| **National Lumber**<br>CALL BOX 839<br>HATO REY STATION<br>San Juan, PR    00919-0839 | $ 785.20 |
| **Nazarenos**<br>AVE. SANTA CRUZ #32<br>URB. SANTA CRUZ<br>Bayamon, PR    00959 | $ 237.14 |
| **New bold**<br>PO BOX 949<br>Rocky Mount, VA    24151-0949 | $ 48.00 |
| **New Congress**<br>HC-02  Box 10106<br>Guaynabo, PR00971 | $ 2,355.04 |
| **New Medical Dimension, Inc.**<br>Centro Comercial Litheda Suite #107<br>Carr. 846<br>San Juan, PR  00926 | $ 376.50 |
| **National Health**<br>CALL BOX 11891<br>CAPARRA HEIGHTS STATION<br>San Juan, PR    00920-1891 | $ 9,296.97 |
| **Norega Laboratories**<br>PO Box 10615<br>San Juan, PR  00922-0615 | $ 5,871.60 |
| **North Janitorial**<br>PO BOX 362617<br>San Juan, PR    00936-2617 | $ 244,184.00 |

# Hospital San Gerardo
## Deuda a  Suplidores
### 31 de Julio de 2001

**Novis P.R.**                               $ 176.40
PO Box 171775
San Juan, PR  00919-1775

**Nutrix**                                   $ 4,934.00
Carr 176 Km .5
San Juan, PR  00926

**Ochoa telecom**                            $ 1,448.39
PO BOX 366242
San Juan, PR  00936-6242

**Optima**                                   $ 729.00
PO BOX 21488
San Juan, PR    00928-1488

**Or pro medical**                           $ 1,066.30
AVE. J.T. PINERO #1634
San Juan, PR  00921

**Organon teknika corp**                     $ 2,118.75
Edificio Royal Bank suite 1501
Ave . Munoz Rivera
Rio Piedras, Puerto Rico 00927

**Panaderia Venezuela**                      $ 424.65
Calle Guaracanal #22
Barrio Venezuela
San Juan, PR  00926

**Pelegrina**                                $ 715.00
PO BOX 910
SAINT JUST
St Just, PR    00978-0910

**Pepsi Cola**                               $ 757.35
PO BOX 2600
Toa Baja, PR   00951

**Perfect Equipment**                        $ 1,931.89
100 Grand Boulevard
Los Paseos 112/ MCS 115
San Juan, PR 00926

# Hospital San Gerardo
## Deuda a Suplidores
## 31 de Julio de 2001

| | |
|---|---|
| **Pharmacy Hospital Laboratories**<br>B-8  Santa Veda  Ext. Sagrado Corazon<br>Rio Piedras , Puerto Rico 00928 | $ 987.56 |
| **Physicans Record**<br>300 SOUTH RIDGELAND AVE.<br>Berwyn, IL    60402-0724 | $ 890.55 |
| **Picker**<br>PO BOX 363954<br>San Juan, PR   00936-3954 | $ 1,614.80 |
| **PKF International Limited**<br>1056 Munoz Rivera Ave.<br>Suite 304<br>San Juan, PR 00927-5013 | $ 4,638.70 |
| **Porfirio A. Toledo y Asociados**<br>APDO. 195243<br>San Juan, PR   00919-5243 | $ 600.00 |
| **P.R. Dust**<br>PO BOX 360546<br>San Juan, PR    00936-0546 | $ 482.20 |
| **Precision Elevator**<br>MSC 719<br>AVE. WINSTON CHURCHILL #138<br>San Juan, PR    00926-6023 | $ 300.00 |
| **Preventive Medical Equipment**<br>PO Box 12024<br>San Juan, PR  00914-0024 | $ 3,248.27 |
| **Primus**<br>PO BOX 17418<br>Baltimore, MD    21297-1418 | $ 192.60 |
| **Printec industries**<br>12509 OXNARD STREET SUITE A<br>North Hollywood, CA   91606 | $ 300.96 |

# Hospital San Gerardo
## Deuda a Suplidores
### 31 de Julio de 2001

| | |
|---|---|
| **Pro sales company, Inc,**<br>PO Box 9065003<br>Pta De Tierra Sta.<br>San Juan ,Puerto Rico 00906-5003 | **$ 257.95** |
| **Profesional Imagine**<br>Call Box 11857<br>Fedez. Juncos Sta.<br>San Juan , Puerto Rico 00910- 9416 | **$ 2,306.75** |
| **Progas Co.**<br>PO BOX 21406<br>San Juan, PR 00928-1406 | **$ 1,149.45** |
| **Puerto Rico Telephone Co.**<br>PO Box 71401<br>San Juan, PR 00936-8501 | **$ 35,700.00** |
| **Pulmonary Equipment, Inc.**<br>AVE. FERNANDEZ JUNCOS 1824<br>San Juan, PR 00909 | **$ 75,357.00** |
| **Rasa Hospital & Businnes For**<br>MSC 806<br>138 WINSTON CHURCHILL AVE.<br>San Juan, PR 00926 | **$ 15,346.75** |
| **Restroom Services**<br>No tenemos Direccion | **$ 448.00** |
| **Ricoh**<br>NRG DISTRIBUTOR CORPORATION<br>CAPARRA HILLS INDUSTRIAL PARK<br>Guaynabo, PR 00968 | **$ 2,977.88** |
| **Rimaco, Inc**<br>PO BOX 8895<br>FERNANDEZ JUNCOS STATION<br>San Juan, PR 00910 | **$ 1,000.00** |

# Hospital San Gerardo
## Deuda a  Suplidores
### 31 de Julio de 2001

**R T Intercome**                    $ 2,207.00
RR 7 VILLAS DE CARAIZO
BUZON 216
San Juan, PR   00926

**San Juan Star**                    $ 1,536.00
PO BOX 364187
San Juan, PR   00936-4187

**Santurce X-Ray**                   $ 3,206.00
PO BOX 11749
San Juan, PR   00910-2849

**Searle Caribbean Inc.**            $ 1,652.26
PO BOX 367189
San Juan, PR   00936-7189

**Sexauer**                          $ 2,606.64
PO BOX 1000
White Plains,  NY   10602

**St Anthony Plublishing**           $ 1,224.60
PO BOX 96561
Washington, DC   20090-6561

**The State Chemical**               $ 2,325.00
Carr. # 869 Km. 1.5
Bo. Palmas
Cataño , Puerto Rico 00962

**Sterling Merchandising**           $ 1,060.74
PO Box 11874
San Juan, PR  00922-1874

**Tapiceria Los Amigos**             $ 2,325.00
CARR 848 KM.0 HM 5
SAINT JUST
Trujillo Alto, PR    00976

**Tischer & Co.**                    $ 143.55
PO BOX 9020524
San Juan, PR   00902-0524

# Hospital San Gerardo
## Deuda a Suplidores
### 31 de Julio de 2001

| | |
|---|---|
| **Umeco**<br>PO BOX 21536<br>San Juan, PR  00928 | $ 1,428.90 |
| **Universal Care Corp.**<br>PO BOX 895<br>Sabana Seca, PR  00952 | $ 32,064.31 |
| **United sales electronics**<br>PO BOX 11209<br>CAPARRA HEIGHTS STATION<br>San Juan, PR  00922 | $ 1,307.50 |
| **United Parcel**<br>PO Box 7760<br>Carolina, PR  00986-7760 | $ 121.05 |
| **Up John**<br>PO Box 70164<br>San Juan, PR    00936-8164 | $ 995.98 |
| **UPR-Recinto Ciencias Medicas**<br>Plan Practica Medica Intramura<br>Servicios Pedriaticos<br>San Juan, PR    00929-0134 | $ 1,200.00 |
| **Victor Torres**<br>HC-01 Box 3757<br>Barranquitas, PR  00794 | $ 10,682.25 |
| **Wyeth-Ayerst Pharmaceutical**<br>PO BOX 70330<br>San Juan, PR    00936-8330 | $ 2,892.50 |
| **Xerox Corporation**<br>PO BOX 827598<br>Philadelphia, PA    19182-7598 | $ 197.02 |
| **Yuly Industrial Supply, Inc.**<br>PO BOX 8668<br>Caguas, PR    00726-8668 | $ 473.12 |
| Total | **$ 1,401,832.87** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:
REITTER CORPORATION, D/B/A    CASE NO.:
HOSPITAL SAN GERARDO
    Debtor

                                CHAPTER 11

## TWENTY LARGEST UNSECURED CREDITORS

1.North Janitorial
PO Box 362617
San Juan PR 00936-2617              $244,184.00

2.Borschow Hosp Med Supply
PO Box 366211
San Juan PR 00936                   161,875.22

3. Abbot Laboratories
Call Box 4706
Carolina PR 00984-4706              143,496.51

4.Pulmonary Equipment, Inc.
1824 Fernandez Juncos Avenue
San Juan PR 00909                   75,357.00

5.Lasa Monroig & Veve
Buchanan Office Center
40 Road 165 Suite 304
Guaynabo PR 00968-8001              73,000.00

6.AEE
PO Box 363508
San Juan PR 00936-3508              53,321.30

7. AGA General Gases
PO Box 363868
San Juan PR 00936-3868              47,282.82

8. Puerto Rico Telephone Co.
PO Box 71401
San Juan PR 00936-8501              35,700.00

In re:
    Twenty Largest...


9. Johnson & Johnson
Call Box 4987
Caguas PR 00726-4987                    $33,902.60

10. Universal Care Corp.
PO Box 895
Sabana Seca PR 00952                     32,064.61

11.Hato Rey Meat Market
153 Guayama St.
San Juan PR 00917                        29,104.97

12. Cardona Irizarry & Co., PSC
Cupey Road #176
PO Box 25070
San Juan PR 00928-5070                   22,824.00

13. American Health Care
PO Box 9023668
San Juan PR 00902-3668                   19,735.18

14.Caribbean Project Mana
PO Box 9024051
San Juan PR 00902-4051                   18,550.00

15.Cadillac Uniforms
PO Box 1893
Bayamón PR 00960                         16,658.10

16.A.A.A.
PO Box 14580
San Juan, PR 00916-4580                  16,034.20

17. Rosa Hospital & Business Form
MSC 806
138 Winston Churchill Avenue
San Juan PR 00926                        15,346.75

18. Cyber Tech Inc.
PO Box 193745
San Juan PR 00919-3745                   15,000.00

IN RE: Twenty Largest...


19. Laboratorio Clínico Caparra
PO Box 11560
Caparra Heights Sta.
San Juan PR 00922                    $14,531.44

20. Víctor Torres
HC-01 Box 3757
Barranquitas PR 00794                  10,682.25
                                     $1,064,134.04
                                     ==============

## United States Bankruptcy Court

District of __Puerto Rico__

Reitter corporation, d/b/a

In re __Hospital San Gerardo__ _____,
                              Debtor

Case No._____

Chapter____11_____

## COMPENSATION STATEMENT OF ATTORNEY FOR THE DEBTOR(S)

1. The undersigned is the attorney for the debtor(s) in this case.

2. The total compensation promised the undersigned by the debtor(s) for the services rendered or to be rendered in connection with this case is $ __$175 per hr., plus out of pocket expenses__ ; the only compensation which has been received from the debtor(s) or any other person on said account is $ __20,000__ ; the balance due thereon is $ __as required__ and the source of compensation paid or promised, if a source other than the debtor(s), is ___N/A_____ .

3. The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of his law firm and except:

   Only with regular members of our Law Office.

_____
                     *Attorney for Debtor(s)*

Wallace Vázquez Sanabria-125101
17 Méjico St., Suite D-1
San Juan PR 00917
Tels. (787)756-5730/ (787)764-0340fax

*[Required by Rule 2016(b) to be filed and transmitted to the United States Trustee within 15 days after the order for relief.
(Not to be filed in lieu of an Application for Compensation which may be filed pursuant to Bankruptcy Rule 2016.)]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

01-08937

IN RE:
REITTER CORPORATION, D/B/A          CASE NO.:
HOSPITAL SAN GERARDO
  Debtor

                                    CHAPTER 11

MASTER ADDRESS LIST


Internal Revenue Services
Philadelphia PA 19255

Department of Treasury
Bankruptcy Section 424-B
PO Box 9024140
San Juan PR 00902

State Insurance Fund
PO Box 365028
San Juan PR 00936

Municipality of San Juan
PO Box 70179
San Juan PR 00936-7179

Bank Trust
PO Box 195510
San Juan, PR 00919-5510

Westernbank



Popular Leasing
C/O Oneida Pérez Acosta
PO Box 366818
San Juan, PR 00936

IN RE:
      Page 2, Master


Ford Motor Credit
PO Box 71472
San Juan PR 00936-6572

CHC Consulting Services, Inc.



Banco Popular de PR
Box 70100
San Juan PR 00936-8100

Royal Finance


A.A.A.
PO Box 14580
San Juan, PR 00916-4580

Abbot Laboratories
Call Box 4706
Carolina PR 00984-4706

Automatic Data Processing
PO Box 9001006
Louisville, KY 40290

AEE
PO Box 363508
San Juan PR 00936-3508

AGA General Gases
PO Box 363868
San Juan PR 00936-3868

Aladdin
PO Box 19411
San Juan PR 00910

IN RE:
      Page 3, Master


Alpha Biomedical Inc.
Caguas Norte
S-11 Nebraska St.
Caguas PR 00725

American Health Care
PO Box 9023668
San Juan PR 00902-3668

Antillas Electric
1535 Ponce De León Avenue
San Juan PR 00926

Asociación de Hospitales
Villa Nevarez Profesional Center
Ofic. #101
Comercial Villa Nevarez
San Juan PR 00927

Asociación Hospital Del Maestro
GPO Box 364708
San Juan PR 00936

Aspen Publishers
PO Box 64054
Baltimore MD 1264-4054

ASUME Administrator
Apartado 71442
San Juan PR 00936-8514

Banco de Sangre Servicio Mutuo
706 Ponce De León Avenue
Stop 37
San Juan PR 00918

Baxter
PO Box 70280
San Juan PR 00936-0280

BFI
PO Box 51986
Toa Baja PR 00950-1986

IN RE:

Bio-Med
6855 S.W. 81st St
Miami, FL 336143

Bio-nuclear
PO Box 190639
San Juan PR 00919-0639

Biotechnical Group
PO Box 7888
Caguas PR 00726

Borschow Hosp Med Supply
PO Box 366211
San Juan PR 00936

Bristol Myers
PO Box 71343
San Juan PR 00936-5443

Colón Brothers
Mercado Central Puerto Nuevo
PO Box 363013
San Juan PR 00926

Cadillc Uniforms
PO Box 1893
Bayamón PR 00960

CAP López Alejandro
PO Box 192032
San Juan PR 00919-2032

Cardiodent
PO Box 4953
Suite 2048
Caguas PR 00726

Cardona Irizarry & Co., PSC
Cupey Road #176
PO Box 25070
San Juan PR 00928-5070

In RE:
        Page 5, Master...


Caribbean Biomedical
PO Box 4952
Aguas PR 00725-4952

Caribbean Project Mana
PO Box 9024051
San Juan PR 00902-4051

Carlos Suarez
Urb. Ponce De LEón
MSC 396-5B
Ave Esmeralda
Guaynabo PR 00969

Carolina Nuclear Inc.
PO Box 11665
San Juan PR 00910-2665

Cellular One
PO Box 15067
San Juan PR 00902-8567

Celpage
PO Box 70190
San Juan PR 00936-8190

Celsius
PO Box 6616
Caguas PR 00726

Celulares Telefónica
PO Box 70366
San Juan PR 00936-8366

Centro Cardiovascular
PO Box 366528
San Juan PR 00936-6528

Centro Tomográfico de PR
PO Box 364443
San Juan PR 00936-4443

In RE:
        Page 6, Master...


César Castillo
Buonomo #361
PO Box 191149
San Juan PR 00919-1149

Caribe Hidroblasting Corp.
PO Box 790
Peñuelas PR 00624-790

Carolina Imaging center
PO Box 191058
San Juan PR 00919-1058

Dra. Cleomar Pérez
125 Caribe, corner Panamá
San Juan PR 00926

Colegio de Adm. De S.S.
Villa Nevarez Profesional Center
Ofic. 106
Comercial Villa Nevarez
San Juan PR 00927

Colegio Tecnólogos Médicos
F-1 Avenida San Patricio
Guaynabo PR 00968

Colón Exterminating


Confianza Exterminating
PO Box 270266
San Juan PR 00927-2650

New Congress
HC-02 Box 10108
Bo. Río Sect. Pedro Ramos
Guaynabo P 00971

Consolidated Plastic Company
8181 Darrow Road
Twinsburg OH 44087-2375

In RE:
        Page 7, Master...


COSVI
GPO Box 363428
San Juan PR 00936-3428

CT Radiology
Carr. #2, Km. 11.7
Bayamón PR 00956

Cyber Tech Inc.
PO Box 193745
San Juan PR 00919-3745

D & D Office Supplies
Urb. Fair View
B-14, 1 St.
San Juan, PR 00920

Departamento de Salud
Prog. Servicios Laboratorio
PO Box 70184
San Juan PR 00936-7184

Diaper Discount Center


Discount Generics
PO Box 366937
San Juan PR 00936-6937

El Nuevo Día
PO Box 7512
San Juan PR 00906-7512

Electronic Typewriter Service


Emergency Call Ambulance
PO Box 11042
San Juan PR 00910

In RE:
        Page 8, Master...


Empacadora Hill Brothers
Carr. 876 Km. 3.3
Saint Just
San Juan PR 00929-0303

ER Medical Distributor
1547 Ponce De León Avenue
San Juan PR 00926

Etcon Inc.

F. Soto Distributor
PO Box 160
Garrochales PR 00652

F. Baragaño
PO Box 364421
San Juan PR 00936-4421

Francisco Gómez Goytia
371 De Diego Avenue
San Juan PR 00927

Gastroenterología RCM
PO Box 29134
San Juan PR 00919-2438

Gentech Biomedical Inc.
PO Box 192438
San Juan PR 00919-2438

Gerber
PO Box 1759
Carolina PR 00984-1769

Gino Negretti
Caribbean Towers, Suite 17
San Juan PR 00907

Giovanni Flores

In RE:
    Page 9, Master...

Global Engineering Doc


Grupo Médico familiar

Gusto Criollo
PO Box 930-0279
San Juan PR 00930

HCIA

Hospital Del Maestro
GPO Box 364708
San Juan PR 00936

Hospital Equipment
PO Box 12025
San Juan PR 00914

Hato Rey Meat Market
153 Guayama St
San Juan PR 00917

Centro Imágenes Del Norte
C-5 Roberto Clemente Avenue
Carolina PR 00987

Imprenta De Diego


Impresos Napoleón
418 Ramón B. López
San Juan PR 00923

Instituto Radio Sono Nuclear
PO Box 9024113
San Juan P 00902-4113

Integration Technologies Corp.
PO Box 363988
San Juan PR 00936-3988

In RE:
    Page 10, Master...


International Csh register
11 Guayama St.
San Juan PR 00917

Island Wide Pest


Island Copier
Lomas Verdes
4x-9 Nogal Avenue
Bayamón PR 00956

Johnson & Johnson
Call Box 4987
Caguas PR 00726-4987

Jasvi
790 San Patricio Avenue
San Juan PR 00921

JM Blanco
21 D St
Amelia Industrial Park
San Juan PR 00926-9613

Kemco Food Distributors
PO Box 8997
Carolina PR 00988

Kem Tech Chemical
PO Box 8450
Fernández Juncos Station
San Juan PR 00910

Krames-Novis
PO Box 19775
San Juan PR 00919-1775

Laboratorio Medical Services

In RE:
        Page 11, Master...


Laboratorio Vascular Clínico
Urb. Las Lomas
U-350 Carr. 21
San Juan PR 00921

Laboratorio Clínico Caparra
PO Box 11560
Caparra Heights Sta.
San Juan PR 00922

Lasa Monroig & Veve
Buchanan Office Center
40 Road 165 Suite 304
Guaynabo PR 00968-8001

Latin Insurance Underwriters
PO Box 6960
Bayamón PR 00960-9009

LM Air Conditioning
MSC 275
2135 Road 2, Suite 15
Bayamón PR 00959-5259

Los Primos
Plaza Nueva del Mercado
Nave #8
Caguas PR 00626

Luis Rodríguez
PO Box 19416
Fernández Juncos Station
San Juan PR 00910-9416

Mallingckrodt Medical Ca.
GPO Box 71416
San Juan PR 00936

Marcelino Fernández
PO Box 9023927
San Juan PR 00902-3927

In RE:
        Page 12, Master...


Medical Biotronic
PO Box 2952
Bayamón PR 00960-2952

Medical Distribution


Medical Ambulances Services
Urb. Sabana Llana
591 De Diego Avenue
San Juan PR 00928

Medics
Urb. Jardines de Caparra
3 Ruíz Soler Avenue
Bayamón PR 00959-7841

Med Line
PO Box 92301
Chicago IL 60675-2301

Medxport

Mei-Data
PMB 248-1353
Carr. 19
Guaynabo PR 00966-2700

Millenium Cybernetic Tech
PO Box 25070
San Juan PR 00926-5070

Ferretería Miramar

Moore
Road 869 Km. 1.5
Royal Industrial Park
Cataño, PR 00962

Mors
Puerto Nuevo
762 Andalucía Avenue
San Juan PR 00920

In RE:
        Page 13, Master...


Mova Pharmaceutical Corp.
CSU Box 4908
Caguas PR 00720

MPR Techonology
PMB 213
PO Box 70344
San Juan PR 00936

MRI San Juan
1448 Fernández Juncos Ave.
San Juan PR 00909

Nabisco
GPO Box 71479
San Juan PR 00936

NAG Safety
Urb. Santa Rita
1053 González St.
San Juan PR 00927

National Lumber
Call Box 839
Hato Rey Station
San Juan PR 00919-0839

Nazarenos
Urb. Santa Cruz
32 Santa Cruz Avenue
Bayamón PR 00959

New Bold
PO Box 949
Rocky Mount VA 24151-0940

New Congress
HC-02 Box 10106
Guaynabo PR 00971

In RE:
        Page 14, Master...


New Medical Dimension, Inc.
Centro Comercial Litheda
Suite 107 Carr. 846
San Juan PR 00926

National Health
Call Box 11891
Caparra Heights Station
San Juan PR 00920-1891

Norega Laboratories
PO Box 10615
San Juan PR 00922-0615

North Janitorial
PO Box 362617
San Juan PR 00936-2617

Novis PR
PO Box 171775
San Juan PR 00919-1775

Nutrix
Carr 176 Km 5
San Juan PR 00926

Ochoa Telecom.
PO Box 366242
San Juan PR 00936-6242

Optima
PO Box 21488
San Juan PR 00928-1488

OR-Pro Medical
1634 J.T. Piñero Avenue
San Juan PR 00921

In RE:
        Page 15, Master...


Organon Teknika Corp.
Royal Bank Building Suite 1501
Muñoz Rivera Avenue
San Juan PR 00927

Panadería Venezuela
Barrio Venezuela
22 Guaracanal St
San Juan PR 00926

Pelegrina
PO Box 910
Saint Just PR 00978-0910

Pepsi Cola
PO Box 2600
Toa Baja PR 00951

Perfect Equiipment
100 Grand Boulevard
Los Paseos 112/MCS 115
San Juan PR 00926

Pharmacy Hospital Laboratories
Ext. Sagrado Corazón
B-8 Santa Veda
San Juan PR 00928

Physicans Record
300 South Ridgeland Ave.
Berwyn IL 60402-0724

Picker
PO Box 363954
San Juan PR 00936-3954

PKF International Limited
1056 Muñoz Rivera Avenue
Suite 304
San Juan PR 00927-5013

In RE:
       Page 16, Master...

Porfirio A. Toledo & Asoc.
Aptdo. 195243
San Juan PR 00919-5243

PR Dust
PO Box 360546
San Juan PR 00936-0546

Precision Elevator
MSC 719
138 Winston Churchill Ave.
San Juan PR 00926-6023

Preventive Medical Equipment
PO Box 12024
San Juan PR 00914-0024

Primus
PO Box 17418
Baltimore MD 21297-1418

Printec Industries
12501 Oxnard St., Suite A
North Hollywood CA 91606

Pro Sales Company, Inc.
PO Box 9065003
Puerta De Tierra Station
San Juan PR 00906-5003

Profesional Imagine
Call Box 11857
Fernández Juncos Station
San Juan PR 00910-9416

Progas Co.
PO Box 21406
San Juan PR 00928-1406

Puerto Rico Telephone Co.
PO Box 71401
San Juan PR 00936-8501

In RE:
       Page 17, Master...


Pulmonary Equiipment, Inc.
1824 Fernandez Juncos Avenue
San Juan PR 00909

Rosa Hospital & Business Form
MSC 806
138 Winston Churchill Avenue
San Juan PR 00926

Restroom services

Ricoh
NRG Distributor Corporation
Caparra Hills Industrial Paark
Guaynabo PR 00968

Rimaco, Inc.
PO Box 8895
Fernández Juncos Station
San Juan PR 00910

R T Intercome
RR 7 Villas de Carraízo
Buzón 216
San Juan PR 00926

San Juan Star
PO Box 364187
San Juan PR 00936-4187

Santurce X-Ray
PO Box 11749
San Juan PR 00910-2849

Searle Caribbean Inc.
PO Box 367189
San Juan PR 00936-7189

Sexaur
PO Box 1000
White Plains NY 10602

In RE:
        Page 18, Master...


St. Anthony Publishing
PO Box 96561
Washington DC 230090-6561

The State Chemical
Barrio Palmas
Carr. 869 Km. 1.5
Cataño PR 00962

Sterling Merchandising
PO Box 11784
San Juan PR 00922-1874

Tapicería Los Amigos
Carr 848 Km. 0 Hm. 5
Saint Just
Trujillo Alto PR 00976

Tischer & Co.
PO Box 9020524
San Juan PR 00902-0524

Umeco
PO Box 21526
San Juan PR 00928

Universal Care Corp.
PO Box 895
Sabana Seca PR 00952

United Sales Electronics
PO Box 11209
Caparra Heights Station
San Juan PR 00922

United Parcel
PO Box 7760
Carolina PR 00986-7760

Upjohn
PO Box 70164
San Juan PR 00936-8164

In RE:
        Page 19, Master...


UPR-Recinto Ciencias Médicas
Plan Práctica Médica Intramuraa
Servicios Pediátricos
San Juan PR 00929-0134

Víctor Torres
HC-01 Box 3757
Barranquitas PR 00794

Wyeth-Ayerst Pharmaceutical
PO Box 827598
Philadelphia PA 19182-7598

Xerox Corporation
PO Box 827598
Philadelphia PA 19182-7598

Yuly Industrial Supply, Inc.
Po Box 8668
Caguas PR 00726-8668

Office of the U.S. Trustee
Edificio Ochoa
500 Tanca St., Suite 301
San Juan PR 00901-1922

Wallace Vázquez Sanabria
17 Méjico St., Suite D-1
San Juan PR 00917

Reitter Corporation
MSC 250 #138
Winston Churchill Avenue
San Juan PR 00926-6023

Internal Revenue Service
Mercantile Plaza Room 914
Ponce De León Avenue
San Juan PR 00917